2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

DARRYL KING,

Defendant.

_____/

Case: 2:26-cr-20331
Assigned To : Berg, Terrence G.
Referral Judge: Altman, Kimberly G.
Assign. Date : 5/27/2026
USA V. KING (CMC)

Violation:
18 U.S.C. § 922(g)(1)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
18 U.S.C. § 922(g)(1)
*Felon in Possession of Firearm*

On or about May 12, 2026, in the Eastern District of Michigan, Southern Division, the defendant, DARRYL KING, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is, one Ruger LC380 pistol, in violation of Title 18, United States Code, Section 922(g)(1).

1

## **FORFEITURE ALLEGATION**
18 U.S.C. § 924(d) and 28 U.S.C. § 2461
*Criminal Forfeiture*

Upon conviction of the offense charged in Count One of this Indictment, the

defendant, DARRYL KING, shall forfeit to the United States, pursuant to Title 18,

United States Code, Section 924(d)(1) and 28 United States Code, Section 2461,

any firearm or ammunition involved in said offense including but not limited to:

one Ruger LC380 pistol.

THIS IS A TRUE BILL.


*s/ Grand Jury Foreperson*
Grand Jury Foreperson


JEROME F. GORGON
United States Attorney

*s/ Mark Bilkovic*
Mark Bilkovic
Chief, Violent and Major Crimes Unit

*s/ Blake S. Hatlem*
Blake S. Hatlem
Assistant United States Attorney

Dated: May 27, 2026

2

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case: 2:26-cr-20331<br>Assigned To : Berg, Terrence G.<br>Referral Judge: Altman, Kimberly G.<br>Assign. Date : 5/27/2026<br>USA V. KING (CMC) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based on **LCrR 57.10(b)(4)[1]**: | |
| ☐Yes ☑No | **AUSA's Initials:** *s/B.H.* |

**Case Title:** <u>USA v. Darryl King</u>

**County where offense occurred:** <u>Wayne</u>

**Offense Type:** <u>Felony</u>

Indictment -- prior complaint - Case No. 26-MJ-30287

**Superseding Case Information**

Superseding to Case No: _____   Judge: _____

Reason:

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

_____May 27, 2026_____
Date

Blake Hatlem
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Blake.Hatlem@usdoj.gov
(313) 226-9613
Bar #: P58969

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.